IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01892-RPM

RONALD M. TRIPLETT,

        Plaintiff,

v.

SCOTT TRIPP,

        Defendant.

_____

ORDER FOR FILING AMENDED COMPLAINT
_____

On June 15, 2006, the plaintiff filed a motion to amend the complaint and tendered an amended complaint for filing. The defendant filed a response in opposition on June 19, 2006, and the plaintiff filed a reply on July 5, 2006. The defendant's opposition is based on the assertion that the plaintiff will be unable to succeed on his claim under 42 U.S.C. § 1983 under *Hartman v. Moore,* 126 S.Ct. 1695 (U.S. 2006) because he will be unable to prove that probable cause for the plaintiff's arrest and prosecution did not exist. The purpose of the filing of the amended complaint is to make clear the plaintiff's position that while the prosecutor and presumably the court found probable cause to proceed with the prosecution, the finding was based on the defendant's false accusations. The plaintiff in both the original complaint and the amended complaint has pleaded facts to support the assertion that the defendant abused his official authority because he was motivated by personal animosity for the plaintiff. There is nothing in the amended complaint to change the legal theory of this case excepting to add the words "probable cause" which are not magic. Because the

amended complaint is only clarifying with respect to the legal theory it is

ORDERED that the motion to amend is granted and the tendered amended complaint is filed.

DATED: July 6, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge