**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 November 2, 2006
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 05-cv-01892-RPM

RONALD M. TRIPLETT,                                    John R. Wachsmann

    Plaintiff,

v.

SCOTT TRIPP,                                           Gillian Dale

    Defendant.
_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**4:30 p.m.      Court in session.**

(Plaintiff Ronald Triplett present).

Court's preliminary remarks.

Mr. Wachsmann states there is no claim for medical care.

Argument by Ms. Dale.
Argument by Mr. Wachsmann.
Plaintiff states he is 42 years old.

**ORDERED:    Defendant's Motion to Compel, filed October 4, 2006 [16], is denied in part and granted in part as follows:  medical records are excluded , employment records to be produced are limited to 5 years back from 2003.  Releases shall be modified as instructed, school records are limited to courses and grades, educational and tax records are not subject to a protective order, police personnel and disciplinary records are subject to the protective order, criminal records are subjective to a protective order and shall be in accordance with the Jefferson County Court's orders (state law) and list of individuals who have seen documents shall be disclosed to both sides.**

**ORDERED:    Counsel shall prepare and submit a proposed protective order in accordance with Local Rule 7.3**

**ORDERED:    Plaintiff's Motion for Enlargement of Time to Designate Expert Witnesses, filed September 28, 2006 [15], is denied.**

**4:55 p.m.      Court in recess.**        Hearing concluded.  Total time: 25 min.